IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS A. REED, JR., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | Civil Action No. 2:07-cv-357 |
| WHOLE ENCHILADA, INC., d/b/a BIG BURRITO RESTAURANT GROUP, and DOES 1 through 10, inclusive, | CLASS ACTION |
| Defendants. | |

**ORDER**

And now this 2nd day of Aug, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Amend is granted and that counsel for Plaintiff is directed to electronically file the Amended Complaint within ten (10) days of this Order.

By this Court: /s/ Gary L. Lancaster

Judge Gary L. Lancaster