IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS A. REED, JR., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | Civil Action No. 2:07-00357 |
| WHOLE ENCHILADA, INC., d/b/a BIG BURRITO RESTAURANT GROUP, and DOES 1 through 10, inclusive, | CLASS ACTION |
| Defendants. | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement. big Burrito shall disseminate class relief to the Participating Claimants, Class Representatives and Class Counsel as provided for in the Settlement Agreement.

DATED: 3/21/08

_____
The Honorable Nora Barry Fischer
United States District Court Judge